IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                  ;        Chapter 13 Proceeding
                                        ;
   Tracy Convery                        ;        19-14011-amc
                                        ;
   Debtor                               ;
                                        ;

### ORDER TO EXTEND AUTOMATIC STAY

AND NOW, this ___ day of _____, 2019, upon the Motion of above-captioned Debtor, it is hereby ORDERED, Petitioners' Request for Extension and Imposition of Automatic Stay of Bankruptcy Code 362(a) is DENIED as requested by petitioner. This Order shall become effective immediately.

BY THE COURT:

_____
Ashely M. Chan
United States Bankruptcy Judge