United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-14011-amc
Tracy Convery                                                           Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: YvetteWD            Page 1 of 1           Date Rcvd: Jul 25, 2019
                       Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2019.
db             +Tracy Convery,    2556 E Ann Street,    Philadelphia, PA 19134-4949

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2019 at the address(es) listed below:
      BRIAN C. EVES    on behalf of Debtor Tracy  Convery BrianEvesLaw@gmail.com
      REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
      WILLIAM EDWARD CRAIG    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM  Financial ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                        TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ; | Chapter 13 Proceeding |
| Tracy Convery | ; | 19-14011-amc |
| Debtor | ; | |

### ORDER TO EXTEND AUTOMATIC STAY

AND NOW, this ___ day of _____, 2019, upon the Motion of above-captioned Debtor, it is hereby ORDERED, Petitioners' Request for Extension and Imposition of Automatic Stay of Bankruptcy Code 362(a) is DENIED. as requested by petitioner. This Order shall become effective immediately.

BY THE COURT:

_____
Ashely M. Chan
United States Bankruptcy Judge