# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Tracy Convery | Debtor | |
| PNC BANK NATIONAL ASSOCIATION | Movant | CHAPTER 13 |
| vs. | | |
| Tracy L. Convery | Debtor | NO. 19-14011 AMC |
| Thomas J. Convery, III | Co-Debtor | |
| William C. Miller Esq. | Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion to Dismiss Case and Bar Order or in the Alternative for Relief from the Automatic Stay Under Section 362 and the Co-Debtor Stay Under Section 1301 of PNC BANK NATIONAL ASSOCIATION, and subsequent Notice which have been filed with the Court on or about **August 16, 2019**.

Respectfully submitted,

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106

August 16, 2019