# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-14011-AMC

TRACY CONVERY

2556 E ANN STREET

PHILADELPHIA, PA 19134-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    TRACY CONVERY

    2556 E ANN STREET

    PHILADELPHIA, PA 19134-

Counsel for debtor(s), by electronic notice only.

    BRIAN C EVES ESQ
    P.O. BOX 0713

    NEW HOPE, PA 18968-0713

Date: 8/27/2019

        /S/ William C. Miller
        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee