**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Tracy L. Convery<br>　　　　　　　　　Debtor<br><br>PNC BANK NATIONAL ASSOCIATION<br>　　　　　　　　　Movant<br>　　vs.<br><br>Tracy L. Convery　　　　　Debtor<br><br>Thomas J. Convery, III　　　Co-Debtor<br><br>William C. Miller Esq.　　　Trustee | CHAPTER 13<br><br><br>NO. 19-14011 AMC<br><br><br>11 U.S.C. Sections 362 and 1301 |

## AMENDED
## CERTIFICATE OF SERVICE

　　　　I, Rebecca A. Solarz, attorney for Movant, do hereby certify that true and correct copies of the foregoing MOTION OF PNC BANK, NATIONAL ASSOCIATION FOR <u>IN REM</u> RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362 AND THE CODEBTOR STAY UNDER SECTION 1301 and NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE have been served on August 16, 2019, by first class mail, and/or electronic means upon those listed below:

<u>Debtor</u>
Tracy L. Convery
2556 East Ann Street
Philadelphia, PA 19134

<u>Debtor</u>
Thomas Convery
2556 East Ann Street
Philadelphia, PA 19134

<u>Attorney for Debtor</u>
BRIAN C. EVES (VIA ECF)
Law Offices of Brian C. Eves
P.O. Box 0713
New Hope, PA 18938-0713

<u>Trustee</u>
William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

<u>Office of the US Trustee</u>
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Date:  September 10, 2019　　　　　　　**/s/Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　　　　Phone: (215) 627-1322 Fax: (215) 627-7734
　　　　　　　　　　　　　　　　　　　　Attorneys for Movant/Applicant