UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
TRACY  CONVERY

Chapter 13

Debtor

Bankruptcy No. 19-14011-AMC

# O R D E R

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: September 17, 2019**

_____  
Ashely M. Chan  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
BRIAN C EVES ESQ  
P.O. BOX 0713

NEW HOPE, PA 18968-0713

Debtor:  
TRACY  CONVERY

2556 E ANN STREET

PHILADELPHIA, PA 19134-