United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-14011-amc
Tracy Convery                                                           Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: YvetteWD    Page 1 of 2    Date Rcvd: Sep 17, 2019
                Form ID: pdf900    Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2019.
```
db              +Tracy Convery,    2556 E Ann Street,    Philadelphia, PA 19134-4949
14346389        +Aes/suntrust Bank,    Po Box 61047,    Harrisburg, PA 17106-1047
14358877        +AmeriCredit Financial Services, Inc.,    c/o William E. Craig, Esquire,    110 Marter Ave.,
                  Suite 301,    Moorestown, NJ 08057-3124
14346393        +Citizens Bank,    Pob 61047,    Harrisburg, PA 17106-1047
14366163        +ECMC,    PO BOX 16408,    St Paul, MN 55116-0408
14346396        +PNC Bank,    PO Box 1820,    Dayton, OH 45401-1820
14358878        +PNC Bank,    c/o Rebecca A Solarz, Esquire,    701 Market Street, Suite 5000,
                  Philadelphia, PA 19106-1541
14382249        +PNC Bank, National Association,    Attn: Bankruptcy,    3232 Newmark Drive,
                  Miamisburg, OH 45342-5421
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Sep 18 2019 03:50:09    City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 18 2019 03:49:10
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 18 2019 03:49:50    U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 18 2019 03:48:38
                  Americredit Financial Services, Inc., d/b/a GM Fin,    4000 Embarcadero Dr.,
                  Arlington, TX 76014-4101
14359500        +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 18 2019 03:58:31
                  AIS Portfolio Services, LP,    Attn: Capital One Auto Finance,,
                  4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14361636         E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 18 2019 03:48:38
                  AmeriCredit Financial Services, Inc.,    dba GM Financial,    P O Box 183853,
                  Arlington, TX 76096
14346392        +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Sep 18 2019 03:58:36    Capital One Auto Finan,
                  Po Box 259407,    Plano, TX 75025-9407
14358996        +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 18 2019 03:59:32
                  Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                  4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14361055        +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 18 2019 04:00:51
                  Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                  Oklahoma City, OK 73118-7901
14346394        +E-mail/Text: electronicbkydocs@nelnet.net Sep 18 2019 03:49:31    Dept Of Education/neln,
                  Po Box 82561,    Lincoln, NE 68501-2561
14374723        +E-mail/Text: bankruptcydpt@mcmcg.com Sep 18 2019 03:49:28    Midland Funding LLC,
                  PO Box 2011,    Warren, MI 48090-2011
14346395        +E-mail/Text: electronicbkydocs@nelnet.net Sep 18 2019 03:49:31    Nelnet,    PO Box 82561,
                  Lincoln, NE 68501-2561
14346397         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 18 2019 04:14:15    Portfolio Rc,
                  120 Corporate Blvd Ste 100,    Norfolk, VA 23502
14381033         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 18 2019 03:59:29
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14351356         E-mail/Text: bnc-quantum@quantum3group.com Sep 18 2019 03:48:49
                  Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                  Kirkland, WA  98083-0788
14363531        +E-mail/Text: electronicbkydocs@nelnet.net Sep 18 2019 03:49:31
                  US Department of Education c/o Nelnet,    121 South 13th Street, Suite 201,
                  Lincoln, NE 68508-1911
14346398        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 18 2019 03:46:59
                  Verizon,    500 Technology Dr,    Weldon Spring, MO 63304-2225
14346399        +E-mail/Text: bnc-bluestem@quantum3group.com Sep 18 2019 03:50:34    Webbank/fingerhut Fres,
                  6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 18

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                  Oklahoma City, OK 73118-7901
14346391*       +Aes/suntrust Bank,    Po Box 61047,    Harrisburg, PA 17106-1047
14346390*       +Aes/suntrust Bank,    Po Box 61047,    Harrisburg, PA 17106-1047
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: YvetteWD              Page 2 of 2                   Date Rcvd: Sep 17, 2019
                              Form ID: pdf900             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2019 at the address(es) listed below:
              BRIAN C. EVES    on behalf of Debtor Tracy  Convery BrianEvesLaw@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor   Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
TRACY CONVERY

Chapter 13

Debtor

Bankruptcy No. 19-14011-AMC

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: September 17, 2019**

_____  
Ashely M. Chan  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
BRIAN C EVES ESQ  
P.O. BOX 0713

NEW HOPE, PA 18968-0713

Debtor:  
TRACY CONVERY

2556 E ANN STREET

PHILADELPHIA, PA 19134-